

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS ZELAYA-GONZALEZ,<br><br>Defendant. | Case No.: 23-CR-1791-W<br><br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on September 7, 2023 to determine whether Defendant, ALEXIS ZELAYA-GOMEZ, should be held in custody pending trial on the grounds that he is a serious flight risk and danger to the community. Assistant United States Attorney L. Brandon Liss appeared on behalf of the United States. Attorney Jo Anne Tyrell of Federal Defenders, Inc. appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services Officer, and the Indictment issued against Defendant on August 30, 2023, the Court concludes that the following facts establish: (1) by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the Defendant's appearance as required; and (2) by clear and convincing evidence that no

condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

## I

## **FINDINGS OF FACT**

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))</u>:

    1.    The Defendant is charged by Indictment in Case No. 23-CR-1791-W with Assault of Federal Officer Lt. O. Martinez, in violation of Title 18, United States Code, Section 111(a)(1). Therefore, probable cause exists to believe the Defendant committed the charged offense.

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. §3142(g)(2))</u>:

    1.    On or about November 7, 2022, Defendant forcibly assaulted Federal Officer Lt. Martinez, while Lt. Martinez was engaged in and on account of the performance of official duties. The acts taken by Defendant involved physical contact with Lt. Martinez.

    2.    While in Immigration custody, Defendant began acting violently due to WiFi and television not functioning properly. When officers attempted to calm Defendant down, Defendant threatened the officers with violence.

    3.    Upon officers attempting to restrain Defendant, Defendant kicked Lt. Martinez, breaking Lt. Martinez's middle finger. As a result, Lt. Martinez's hand no longer fully closes, and he has medically retired.

C. <u>History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3))</u>:

    1.    Defendant is an El Salvadorean citizen with no legal status in the United States.

    2.    Defendant has no ability to be employed legally in the United States.

    3.    Defendant has failed to appear in court as ordered.

    4.    Defendant has a significant criminal history, including crimes demonstrating violent behavior such as assault/battery.

    5.    Defendant has a lengthy disciplinary record while in Immigration custody, including incidents demonstrating violent behavior.

    6.    Defendant lacks ties to the Southern District of California.

7. Defendant lacks a surety.

D. <u>Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4))</u>:

1. Defendant is a danger to the community due to the nature and circumstances of the offense charged and his history and characteristics. In the present offense, Defendant kicked Lt. Martinez, breaking his finger and causing permanent damage such that Lt. Martinez has since medically retired. With respect to his criminal history, Defendant has displayed a propensity for dangerous behavior such as a conviction for assault/battery. Defendant's disciplinary infractions while in Immigration custody also demonstrate a propensity for violent behavior.

## II

## **REASONS FOR DETENTION**

A. There is probable cause to believe that the Defendant committed the offense charged in the Indictment in Case No. 23-CR-1791-W, Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

B. There is no condition or combination of conditions of release that will reasonably assure the appearance of Defendant.

C. Defendant has presented a pattern of violent behavior.

D. Defendant faces a substantial period of time in custody if convicted of the offense charged in the Indictment. He therefore has a strong motive to flee.

E. Thus, the Court finds: (1) the Government proved by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the Defendant's appearance as required; and (2) the Government proved by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

//
//
//
//

# III
# ORDER

**IT IS HEREBY ORDERED** that Defendant be detained pending trial in this matter.

**IT IS FURTHER ORDERED** that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

**THIS ORDER IS ENTERED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

DATED: 9/11/23

HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

Prepared by:

ANDREW R. HADEN
Acting United States Attorney

/s/ L. Brandon Liss
L. Brandon Liss
Assistant U.S. Attorney

cc:   Jo Anne Tyrell
      Counsel for Defendant

4