UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 23CR1791-W |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| ALEXIS ZELAYA-GONZALEZ, | |
| Defendant. | |

Pursuant to Joint Motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing currently set for October 30, 2023, be rescheduled to November 27, 2023 at 9:00 [10:00 handwritten] a.m. Time is excluded through November 27, 2023.

**IT IS SO ORDERED.**

DATED: 10/26/23

_____
HON. THOMAS J. WHELAN
United States District Judge